```
File No.: 73-17-484
Robert S. Santander, Esq./007821990
COTTRELL SOLENSKY, P.A.
Three University Plaza, Suite 500
Hackensack, New Jersey 07601
Phone:    (973) 643-1400
Fax:      (973) 643-1900
Attorneys for Defendants Darrin L. Sanders, and
Evans Delivery Corporation, Inc.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ANTONIO BERRY,<br><br>           Plaintiff,<br><br>    vs.<br><br>DARRIN L. SANDERS, and EVANS DELIVERY CORPORATION, INC.,<br><br>           Defendants. | Civil Action No.: 5:19-cv-11810<br><br>PETITION FOR REMOVAL |

Removing Defendants, Darrin L. Sanders, and Evans Delivery Corporation, Inc., upon information and belief state as follows:

1. On or about November 22, 2019, Plaintiff, Daniel Antonio Berry, commenced an action against the removing Defendants, Darrin L. Sanders, and Evans Delivery Corporation, Inc., in the Supreme Court of New York, Bronx County, bearing Index Number 339011/2019. (**See Exhibit A attached.**)

2. The Complaint was filed on November 22, 2019 and not yet served on Defendants.

3. Plaintiff is a resident of the State of New York.

4. Defendant Darrin L. Sanders is a resident of the State of Pennsylvania.

5. Defendant Evans Delivery Corporation, Inc. is a corporation organized and existing under the laws of the Commonwealth of Pennsylvania with its principal place of business located in Pennsylvania.

6. The amount in controversy is more than $75,000.00.

7. Accordingly, this Court has diversity jurisdiction of this action pursuant to 28 U.S.C. § 1332, and Defendants are entitled to removal of this action pursuant to 28 U.S.C. § 1441.

**WHEREFORE**, removing Defendants Darrin L. Sanders, and Evans Delivery Corporation, Inc., hereby petition for the removal of Plaintiff's action to this Court, pursuant to 28 U.S.C. § 1441 and § 1446.

                      **COTTRELL SOLENSKY, P.A.**
                      Attorneys for Defendants,
                      Darrin L. Sanders and
                      Evans Delivery Corporation, Inc.

                      By: /s/ ROBERT S. SANTANDER, ESQ.
                            ROBERT S. SANTANDER, ESQ.
                            (973) 643-1400, Ext. 27
                            fottrell@cs-njnylawfirm.com

Dated: December 26, 2019