UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-2-20
```

BERRY,

                Plaintiff,

v.

SANDERS, *et al.*,

                Defendants.

19-CV-11810 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 21, 2020, this Court ordered the parties to submit a joint status letter upon the completion of discovery and no later than August 28, 2020. To date, the parties have not done so. It is hereby:

ORDERED that the parties submit a joint status letter no later than close of business on September 3, 2020.

IT IS FURTHER ORDERED that the parties' post-discovery conference, scheduled for September 4, 2020 at 11:00 am, will be held by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    September 2, 2020
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge