UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL ANTONIO BERRY,

               Plaintiff,

     v.

DARRIN L. SANDERS, *et al.*,

               Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-19-20

19-CV-11810 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A post-discovery conference is scheduled in this action for Friday, October 23, 2020 at 1:00 pm. No later than October 21, 2020, the parties are ordered to submit a joint status letter advising the Court on whether discovery has been completed, contemplated or outstanding motions, estimated trial length, and the parties' amenability to pursue alternative dispute resolutions.

SO ORDERED.

Dated:    October 19, 2020
             New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge